IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE TRIPP,
                    Plaintiff,

v.                                                    Case No.:  3:05cv178/RV/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
                    Defendant.
_____/

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 19, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

  Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2.  The Commissioner's motion to remand (Doc. 7) is **GRANTED**.

  3.  This cause is **REMANDED** to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. §405(g) for further administrative proceedings.  As the court retains jurisdiction of this case during the period of remand, judgment should not be entered at this time.

  4.  The Commissioner is required to advise the court of the status of these proceedings on September 1, 2005, and every thirty days thereafter.

5.  The file shall be returned to the magistrate judge upon the Commissioner's filing the first status report and every status report thereafter.

**DONE AND ORDERED** this 25th day of August, 2005.

/s/ *Roger Vinson*
**ROGER VINSON**
**UNITED STATES SENIOR JUDGE**