IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE TRIPP,
    Plaintiff,

vs.                                          Case No.:  3:05cv178/RS/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits (Doc. 1).  Pending is Defendant's Motion to Reverse and Remand pursuant to sentence four of Title 42 U.S.C. § 405(g) (Doc. 21).  Defendant has certified that Plaintiff has no objection to this motion.

        Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."  42 U.S.C. § 405(g).  The Commissioner states that remand is appropriate to enable the Administrative Law Judge to:

> give further consideration to the medical opinions and explain the weight given to them, and if appropriate, request additional evidence or clarification regarding Plaintiff's abilities through December 31, 2005.  The ALJ will also be instructed to further evaluate Plaintiff's subjective complaints.  The ALJ will obtain supplemental evidence from a vocational expert to clarify the effect of Plaintiff's limitations on the occupational base using hypothetical questions that reflect Plaintiff's limitations as established by the record as a whole.  The ALJ will also identify and resolve any conflicts between the vocational expert testimony and the information contained in the Dictionary of Occupational Titles.

 (Doc. 21, Memorandum in Support at 1-2).  Based upon the foregoing, this court concludes that good cause has been shown for remand.

     Accordingly, it is respectfully **RECOMMENDED**:

     1.  That Defendant's Motion to Remand (Doc. 21) be **GRANTED** and the Commissioner's decision denying benefits be **REVERSED**.

     2.  That this case be **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

     3.  That Defendant be ordered to conduct proceedings in accordance with this Report and Reocommendation.

     4.  That the Court enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.


     At Pensacola, Florida, this 23rd day of February 2006.


                         /s/ *Elizabeth M. Timothy*
                         **ELIZABETH M. TIMOTHY**
                         **UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**