IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE TRIPP,

    Plaintiff,

vs.                                        CASE NO. 3:05cv178-RS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Before the court is the magistrate judge's Report and Recommendation (Document 22).

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The defendant's Motion to Remand (Document 21) is granted, and the Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security for further consideration pursuant to sentence four of 42 U.S.C. §405(g). The defendant shall conduct further proceedings in accordance with the magistrate judge's Report and Recommendation.

4. This action shall be dismissed without prejudice, and the clerk is directed to enter judgment accordingly.

ORDERED on March 24, 2006.

                                **/S/ Richard Smoak**
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**