**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOHNNIE TRIPP,

      Plaintiff,

vs.                                     CASE NO. 3:05cv178RS

JO ANNE B. BARNHART, Commissioner
of Social Security,

      Defendant.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 28) and Plaintiff's Application For Attorney Fee Under The Equal Access To Justice Act And Memorandum Of Law (Document 26). Defendant has not filed objections.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Plaintiff's Motion For Attorney Fees And Costs is granted. Plaintiff's counsel, John M. Pennington, is entitled to recover fees in the amount of $1,512.50 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. §2412; the amount of attorney fees requested is reasonable; and the Commissioner is directed to

pay Plaintiff's counsel that amount.

ORDERED on May 23, 2006.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**